IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:11-cv-1400-Orl-18DAB

THE GUARANTEE COMPANY OF NORTH
AMERICA USA, a foreign corporation,

    Plaintiff,

v.

MERCON CONSTRUCTION COMPANY,
MEHRDAD MORADI, RAANA
GHANADPOUR and LYSON E. ROZAR,

    Defendants.
_____//

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

**COME NOW**, Defendants, MERCON CONSTRUCTION COMPANY, INC. ("Mercon"), MEHRDAD MORADI ("Moradi"), and RAANA GHANADPOUR ("Ghanadpour"), by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure move for entry of an Order extending the time within which Mercon, Moradi, and Ganadpour must file their responses to Plaintiff's Complaint and in support thereof state as follows:

    1.    The Complaint in this matter was served on Mercon, Moradi, and Ghanadpour, on August 24, 2011, August 24, 2011, and August 26, 2011, respectively.

    2.    Responses to the Complaint are due by Mercon and Moradi on September 14, 2011, and by Ghanadpour on September 16, 2011.

3. The undersigned counsel has been in communication with counsel for the Plaintiff and the parties are negotiating an abatement, pending settlement discussions, of both this lawsuit and a related lawsuit (Case No.: 11 CA 8424) currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

4. Therefore, the undersigned respectfully requests an extension of 30 days to and through October 14, 2011, within which to file a response on behalf of Mercon, Moradi, and Ghanadpour.

5. Pursuant to Local Rule 3.01(g), the undersigned has discussed the extension of time requested herein with Plaintiff's counsel, and Plaintiff's counsel has agreed to the relief requested herein.

**WHEREFORE,** Defendants, MERCON CONSTRUCTION COMPANY, INC., MEHRDAD MORADI, and RAANA GHANADPOUR, respectfully request that this Court grant said Defendants an extension to and through October 14, 2011, within which to respond to the Complaint and for all other relief this Court deems appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **September 14, 2011**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing was sent via Notice of Electronic Filing transfer to Guy Harrison, Etcheverry Harrison, LLP, 150 South Pine Island Road, Suite 105, Ft. Lauderdale, Florida 33324, harrison@etchlaw.com, Counsel for Plaintiff.

/s/ Chesley G. Moody, Jr.
**CHESLEY G. MOODY, JR., ESQ.**
Florida Bar No.: 544426
**C. MOODY, P.A.**
37 North Orange Avenue, Suite 500
Orlando, FL 32801
Telephone:   (407) 926-4028
Facsimile:   (407) 926-4029
cmoody@cmoodypa.com
*Trial Counsel for Mercon Construction Company, Inc., Mehrdad Moradi, and Raana Ghanadpour*