IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.  6:11-cv-1400-Orl-31DAB

THE GUARANTEE COMPANY OF NORTH
AMERICA USA, a foreign corporation,

    Plaintiff,

v.

MERCON CONSTRUCTION COMPANY,
MEHRDAD MORADI, RAANA
GHANADPOUR and LYNSON E. ROZAR,

    Defendants.
_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

    Plaintiff THE GUARANTEE COMPANY OF NORTH AMERICA, USA ("GCNA"), by and through undersigned counsel, responds to the Court's Order to Show Cause dated September 12, 2011 as follows:

    1.    The Interested Persons Order was issued on August 23, 2011, and gave 14 days for the filing of the Certificate of Interested Persons.  That deadline would have been September 6, 2011.

    2.    GCNA had to verify the information necessary for a response with its parent corporation, which is a Canadian company.  GCNA was unable to verify the information until September 6, 2011, but the Certificate of Interested Persons was not filed due to inadvertence on the part of undersigned counsel.

1

CASE NO.  6:11-cv-1400-Orl-31DAB

3. The Certificate of Interested Persons was filed on September 13, 2011 [D.E. 15].

WHEREFORE, because GCNA has provided this Court with the necessary information required by the Interested Persons Order, GCNA prays that the Order to Show Cause be discharged.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 26th day of September, 2011, a true and accurate copy of the foregoing was filed using the Court's CM/ECF system.

**ETCHEVERRY HARRISON LLP**
Attorneys for Plaintiff
150 South Pine Island Road, Suite 105
Fort Lauderdale, Florida 33324
Phone:  (954) 370-1681
Fax:     (954) 370-1682

By:   s/Guy Harrison
       Guy Harrison
       Fla. Bar No.:  368806
       Edward Etcheverry
       Fla. Bar No.:  856517