# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THE GUARANTEE COMPANY OF NORTH AMERICA USA,**

        **Plaintiff,**

-vs-                            Case No. 6:11-cv-1400-Orl-31DAB

**MERCON CONSTRUCTION COMPANY, MEHRDAD MORADI, RAANA GHANADPOUR, and LYNSON E. ROZAR,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Stipulation to Set Aside Clerk's Default (Doc. 35), it is hereby

**ORDERED** that the Clerk's Default as to Lynson Rozar (Doc. 32) is hereby **SET ASIDE**. Rozar shall file a response to the complaint on or before December 14, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 7, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party